B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MSR Hotels & Resorts, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>CNL Hospitality Properties, Inc.; CNL Hotels & Resorts, Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>60-0001873 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>c/o CNL-AB LLC<br>1251 Avenue of the Americas, New York, New York<br>ZIP CODE 10020 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York County, New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):  MSR Hotels & Resorts, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:  MSR Resort Sub Intermediate Mezz LLC | Case Number:  11-10380 | Date Filed:  02/01/2011 |
| District:  Southern District of New York | Relationship:  Affiliate | Judge:  Sean H. Lane |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | MSR Hotels & Resorts, Inc. |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X  */s/ Paul M. Basta, P.C.* <br> Signature of Attorney for Debtor(s) <br> Paul M. Basta, P.C. <br> Printed Name of Attorney for Debtor(s) <br> Kirkland & Ellis LLP <br> Firm Name <br><br> 601 Lexington Avenue <br> New York, New York 10022 <br> Address <br> (212) 446-4800 <br> Telephone Number <br> 05/08/2013 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X  */s/ Daniel Kamensky* <br> Signature of Authorized Individual <br> Daniel Kamensky <br> Printed Name of Authorized Individual <br> Authorized Signatory <br> Title of Authorized Individual <br> 05/08/2013 <br> Date | _____ <br> Address <br><br> X _____ <br> Signature <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## RESOLUTION OF THE BOARD OF
## DIRECTORS OF MSR HOTELS & RESORTS, INC.

Effective as of this 8th day of May 2013, pursuant to a special telephonic meeting on the same date, the members constituting a majority of the members of the board of directors (the "Board of Directors"), of MSR Hotels & Resorts, Inc., a Maryland corporation (the "Company"), upon a motion duly made and seconded and acting pursuant to the Company's organizational documents, took the following actions and adopted the following resolutions.

## FILING OF BANKRUPTCY PETITION

**RESOLVED**, that the Stockholder and the Board of Directors of the Company have determined, based upon current events and after consultation with counsel and a financial advisor, that it is desirable and in the best interests of the Company that a petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**FURTHER RESOLVED**, that a petition under chapter 11 of the Bankruptcy Code shall be filed on behalf of the Company by the President, Vice President, Treasurer, or Secretary of the Company, as applicable, or any director or other officer of the Company (collectively, the "Authorized Officers," and each an "Authorized Officer"), or any Authorized Officer acting singly, and the same is hereby authorized and approved in all respects, and each Authorized Officer is hereby authorized, directed, and empowered, on behalf of and in the name of the Company, to execute and verify such petition and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York or such other federal court of competent jurisdiction that such Authorized Officer shall deem necessary, appropriate, or desirable (the "Bankruptcy Court"); and

**FURTHER RESOLVED**, that each Authorized Officer is hereby authorized, directed, and empowered to execute, verify, or file, or cause to be executed, verified, or filed, all necessary documents, including all petitions, affidavits, schedules, motions, pleadings, lists, statements of financial affairs, and other papers and to take any and all actions that such Authorized Officer shall deem necessary, appropriate, or desirable in connection with the proceedings under the Bankruptcy Code.

## DIP CREDIT AGREEMENT

**RESOLVED**, that in connection with the chapter 11 case, (a) the Stockholder and the Board of Directors authorizes and approves (i) the execution, delivery, and performance of a debtor in possession credit agreement (the "Credit Agreement"), in the initial amount of $2 million

and substantially on the terms of the draft commitment letter that have been provided to the Stockholder and the Board of Directors and with such changes thereto as the Authorized Officer executing the same shall approve, and any security agreements, guarantee agreements, other agreements, notes, consents, certificates, amendments, assignments, and instruments in connection therewith (the "<u>Credit Documents</u>," together with the Credit Agreement, the "<u>Financing Documents</u>"), (ii) the granting of a security interest in any assets of the Company as collateral or the guaranty of the obligations of the debtors under the Credit Agreement, and (iii) any transactions effected or to be effected pursuant to the terms and provisions of the Financing Documents; and (b) any Authorized Officer be, and hereby is, authorized and empowered, in the name and on behalf of the Company, to negotiate, execute, deliver, and perform or cause the performance of the Financing Documents, as such Authorized Officer executing the same considers necessary, appropriate, proper, or desirable to effectuate the transactions contemplated by the Financing Documents and other financing arrangements necessary, appropriate, proper, or desirable in the interest of the Company in connection with the chapter 11 case, such determination to be conclusively evidenced by such execution or taking of such action.

## <u>APPOINTMENT OF PROFESSIONALS</u>

**RESOLVED**, that the law firm of Kirkland & Ellis LLP is hereby retained as legal counsel for the Company, in connection with the commencement and maintaining of such proceedings and any other matters in connection therewith, and each Authorized Officer is hereby authorized, directed, and empowered to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP;

**FURTHER RESOLVED**, that the firm of Houlihan Lokey Capital, Inc. is hereby retained as financial advisor to the Company, in connection with the commencement and maintaining of such proceedings and any other matters in connection therewith, and each Authorized Officer is hereby authorized, directed, and empowered to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Houlihan Lokey Capital, Inc.;

**FURTHER RESOLVED**, that each Authorized Officer is hereby authorized, directed, and empowered, on behalf of and in the name of, the Company, to retain and employ such attorneys, investment bankers, accountants, restructuring professionals, experts, advisors, and other

professionals to assist in the chapter 11 case on such terms as are deemed necessary, appropriate, or desirable; and

**FURTHER RESOLVED**, that the Authorized Officers and any employees, agents, attorneys, investment bankers, accountants, advisors and other professionals designated by or directed by any such Authorized Officers, be, and each hereby is, authorized, directed, and empowered on behalf of, and in the name of, the Company, to cause the Company and such of their affiliates as management deems appropriate to file such other authorized agreements, instruments and documents as may be necessary, appropriate, or desirable in connection with the chapter 11 case and to make such authorized motions and other filings with the Bankruptcy Court, and do all other things, as may be or become necessary, appropriate, or desirable for the successful prosecution of the case.

## GENERAL AUTHORIZATION; ADDITIONAL RESOLUTIONS

**RESOLVED**, that, consistent with the foregoing resolutions, each Authorized Officer is hereby authorized, directed, and empowered, in such Authorized Officer's discretion, on behalf of and in the name of the Company, to (i) prepare, execute, and deliver or cause to be prepared, executed, and delivered, and where necessary, appropriate, or desirable, file or cause to be filed with the appropriate governmental authorities, all other agreements, instruments and documents, including all certificates, contracts, bonds, receipts, or other papers, (ii) incur and pay or cause to be paid all fees, expenses, and taxes, including legal fees and expenses, (iii) engage such persons as such Authorized Officer shall in his judgment determine to be necessary, appropriate, or desirable, and (iv) do any and all other acts and things as such Authorized Officer deems necessary, appropriate, or desirable to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby (and the doing of any such act or thing shall be conclusive evidence that the same is deemed necessary, appropriate, or desirable); and

**FURTHER RESOLVED**, that any and all actions heretofore or hereafter taken in the name and on behalf of the Company, as applicable, by the Board of Directors, any Authorized Officer or any employee, agent, attorney, investment banker, accountant, advisor, or other professional designated by or directed by the Board of Directors or any Authorized Officer in connection with or related to the matters set forth in or contemplated by the foregoing resolutions be, and they hereby are, adopted, confirmed, approved, and ratified in all respects as the acts and deeds of the Company, as applicable.

## CERTIFICATE

The undersigned, Daniel Kamensky, an Authorized Officer of MSR Hotels & Resorts, Inc. (the "Company"), hereby certifies as follows:

(a)    I am the duly qualified and elected officer of the Company and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Company;

(b)    Attached hereto is a true, complete and correct copy of the Resolutions of the Board of Directors of the Company (the "Board of Directors"), duly adopted in accordance with the Company's bylaws; and

(c)    Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof. There exists no other subsequent resolution of the Board of Directors relating to the matters set forth in the resolutions attached hereto.

**IN WITNESS WHEREOF**, the undersigned has executed this certificate as of the 8th day of May 2013.

Daniel Kamensky, an Authorized Officer
Secretary and Treasurer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MSR HOTELS & RESORTS, INC., | ) | Case No. 13-[_____] (SHL) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS

On the date hereof, the above-captioned debtor (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The following is a list of the Debtor's creditors holding the twenty largest unsecured claims (the "Creditor List") based on the Debtor's unaudited books and records as of the petition date. The Creditor List has been prepared for filing in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure.

The Creditor List does not include (i) persons who come within the definition of "insider" set forth in section 101(31) of the Bankruptcy Code or (ii) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. Moreover, the information herein does not constitute a waiver of the Debtor's right to contest the validity, priority, or amount of any claim at a later date.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 1. | CNL Plaza Ltd.<br>P.O. Box 535370<br>Atlanta, GA 30353-5370 | Rent | | $118,634.19 |
| 2. | Retrievex<br>P.O. Box 415938<br>Boston, MA 02241-5938<br>Tel: 877-345-3546 | Trade Debt | | $2,642.98 |
| 3. | Iron Mountain<br>P.O. Box 27178<br>New York, NY 10087-7128<br>Tel: 888-365-4766 | Trade Debt | | $1,030.34 |
| 4. | Superior Data Storage Inc<br>P.O. Box 5785<br>Lincoln, NE 68505<br>Tel: 402-464-0260<br>Fax: 402-464-5899 | Trade Debt | | $289.78 |
| 5. | Abby's Mini Storage<br>3311 Truxtun Ave.<br>Bakersfield, CA 93301<br>Tel: 661-395-1137 | Trade Debt | | $220.00 |
| 6. | Midland Loan Services, Inc.<br>Attn: Kevin S. Semon<br>10851 Mastin, 6th Floor<br>Overland Park, KS 66210<br>Tel: 913-253-9000<br>Fax: 913-253-9001 | Deficiency Claim under Trademark Security Agreement | Contingent, Unliquidated, Disputed | $0.00 |
| 7. | Five Mile Capital SPE B LLC<br>Attn: Jim Glasgow<br>Three Stamford Plaza<br>301 Tresser Blvd., 9th Floor<br>Stamford, CT 06901<br>Tel: 203-905-0950<br>Fax: 203-905-0954 | Pending Litigation | Contingent, Unliquidated, Disputed | $0.00 |

**DECLARATION UNDER PENALTY OF PERJURY**
**<u>CONCERNING CONSOLIDATED CREDITOR LIST</u>**

I declare under the penalty of perjury that I have read the foregoing consolidated list of creditors holding the 20 largest unsecured claims and that it is true and correct to the best of my information and belief.

Dated:  May 8, 2013                    */s/ Daniel Kamensky*

                                       Daniel Kamensky
                                       Authorized Signatory

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MSR HOTELS & RESORTS, INC., | ) | Case No. 13-[_____] (SHL) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(3)

| Name and Last Known Address of Equity Interest Holder | Percentage of Interests Held | Kind of Interest |
|---|---|---|
| MS Resorts I, LLC<br>c/o CNL-AB LLC<br>1251 Avenue of the Americas<br>New York, New York | 100% of Common Stock | Common Stock |
| Charles S. Ackerman<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of Preferred Stock | Preferred Stock |
| Joanne M. Ackerman<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of Preferred Stock | Preferred Stock |
| Marty Alterman<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of Preferred Stock | Preferred Stock |
| Richard Alterman<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of Preferred Stock | Preferred Stock |
| David F. Apple<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of Preferred Stock | Preferred Stock |

| | | |
|---|---|---|
| Jane Apple<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Marcy A. Bass<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| John L. Bell<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Nancy C. Bell<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Katherine A. Bowman<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Robert B. Bowman<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Terri M. Breach<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| William J. Breach<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Angela Buckley<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

| | | |
|---|---|---|
| Richard E. Buckley<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Leslie G. Callahan, III<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| C. David Carley<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Suzanne A. Carley<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Madison F. Cole Jr.<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Sharon J. Cole<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Ann M. Croyle<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Robert G. Croyle<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Donna M. Davidson<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

| | | |
|---|---|---|
| Charles L. Davidson, III<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Ann L. Davis<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Jay M. Davis<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Richard J. Davis<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Carol L. Dingman<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Joseph W. Dingman<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Donald E. Dorough<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Sylvia K. Dorough<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| John A. Echols<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

| | | |
|---|---|---|
| Julianne Echols<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Janis W. Ferguson<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| William H. Ferguson<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Scott A. Fisher<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Sylvie Fournier<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| David S. Golden<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Elizabeth R. Golden<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Jonathan Golden<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| J. Troy Green<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

| | | |
|---|---|---|
| Jan E. Green<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Charles L. Gregory<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Joseph W. Hamilton<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Margaret D. Hamilton<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Clanton B. Harrison<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Harrison International, LLC P/P FBO Charles<br>B. Harrison<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Selby Saxon Harrison<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Frederick Hughes Henritze<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

| | | |
|---|---|---|
| Terry S. Henritze<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Angus Kingsley Hill<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Frances H. Hill<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Mary Ann Hite<br>T. Allen James<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Elizabeth Finn Johnson<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Stuart C. Johnson<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Eric J. Joiner<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| James C. Joiner, III<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

| | | |
|---|---|---|
| Lasa Y. Joiner<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Susan H. Karn<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Karen Marcia Kimball<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| W. Donald Knight, Jr.<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Patricia Kolsby<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Richard Kolsby<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Karen Kostyal<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Linda H. Kruger<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Richard Kruger<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

| | | |
|---|---|---|
| Pamela K. Lee<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Robert L. Lee<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Anthony R. Levinson<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Deborah Levinson<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Elizabeth D. Lieberman<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Karlyn Anne Loucks<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| James B. Madeley<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Janice C. Madeley<br>Carolyn T. McAfee<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

| | | |
|---|---|---|
| Dana Mettelman<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| John J. Monahan<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Harry Morgan<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Susan Morgan<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Anna Mortensen<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Davis K. Mortensen<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Anne L. Newcomb<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| William D. Newcomb<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Sarah Perkins<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

| | | |
|---|---|---|
| Marc S. Pollack<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Robin M. Pollack<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| J. Kent Regenstein<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Lynn A. Regenstein<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| James H. Rogers<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Marc I. Sachs<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| The Ronald W. San Martin Living Trust of<br>April 21, 2005<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| The Sylvia C. San Martin Living Trust of April<br>21, 2005<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

11

| | | |
|---|---|---|
| Claudette Sanford<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Bruce Saxon<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Jan Saxon<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Descendant's Trust U/W Ann Yates Schoen<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| FBO Laura Warren Schoen<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Estate of Charles C. Schoen, III<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Francis S. Seelke<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Joshua D. Shubin<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Marilyn Shubin<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

| | | |
|---|---|---|
| Nancy M. Slayden<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Charles H. Smith<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| James W. Smith, III<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Julie C. Smith<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Nicholas D. Snider<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| The Catherine H. Snyder Living Trust<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| The William E. Snyder Living Trust<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Barry Teague<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Estate of Carol Teague<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

| | | |
|---|---|---|
| John H Terry, Jr.<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Charles Y. Thomason, III<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Dannehl M. Twomey Revocable Trust<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Kevin M. Twomey Revocable Trust<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Ansje Vonhof Bosch<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Herman Anton Vonhof<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Neal E. Wetzel<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Jacqueline R. Wolf<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Dave Wolf, Jr.<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

14

| | | |
|---|---|---|
| Douglas L. Wright, Jr.<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Sonya M. Wright<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Stephen J. Zoukis<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |
| Suzan Moore Zoukis<br>c/o REIT Funding LLC<br>1175 Peachtree St NE<br>100 Colony Square, Ste 2120<br>Atlanta, GA  30361-6206 | <1% of<br>Preferred Stock | Preferred Stock |

## DECLARATION UNDER PENALTY OF PERJURY
## <u>CONCERNING LIST OF EQUITY SECURITY HOLDERS</u>

I declare under the penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.


Dated:  May 8, 2013                    */s/ Daniel Kamensky*
                                       Daniel Kamensky
                                       Authorized Signatory

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MSR HOTELS & RESORTS, INC., | ) | Case No. 13-[_____] (SHL) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following organizational chart identifies all entities having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "<u>Debtor</u>") and any entity in which the Debtor owns an interest.

**Corporate Structure**



**DECLARATION UNDER PENALTY OF PERJURY**
**<u>CONCERNING CORPORATE OWNERSHIP STATEMENT</u>**

I declare under the penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated:  May 8, 2013                    */s/ Daniel Kamensky*
                                        Daniel Kamensky
                                        Authorized Signatory

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MSR HOTELS & RESORTS, INC., | ) | Case No. 13-[_____] (SHL) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CREDITOR MATRIX

450 Lex Private Ltd. and
C Hotel Mezz Private Ltd.
c/o GIC Real Estate Inc.
335 Madison Ave., 24th Flr.
New York, NY 10017

Abby's Mini Storage
3311 Truxtun Ave.
Bakersfield, CA 93301

APC Workforce Solutions, LLC
111 N. Orange Ave.
Ste. 1400
Orlando, FL 32801

CNL Plaza II, Ltd.
c/o CNL Realty & Development
Corp.
450 S. Orange Ave.
Orlando, FL 32801

CNL Plaza Ltd.
P.O. Box 535370
Atlanta, GA 30353-5370

CNL Recovery Acquisition LLC
c/o Paulson & Co. Inc.
1251 Avenue of the Americas
New York, NY 10020
Attn: Daniel Kamensky

Five Mile Capital II Equity
Pooling, LLC
c/o Five Mile Capital Partners
Three Stamford Plaza, 12th Flr.
301 Tresser Blvd.
Stamford, CT 06901
Attn: James Glasgow

Five Mile Capital SPE B LLC
(Attn: Jim Glasgow)
Three Stamford Plaza
301 Tresser Blvd., 9th Flr.
Stamford, CT 06901

Hartford Fire Insurance Co.
One Hartford Plaza
Hartford, CT 06155

Iron Mountain
P.O. Box 27178
New York, NY 10087-7128

Midland Loan Services, Inc.
(Attn: Kevin S. Semon)
10851 Mastin, 6th Flr.
Overland Park, KS 66210

MS Resorts Liquidating Trustee
LLC
c/o Pyramid Hotel Grp.
1 Post Office Square, Ste. 3100
Boston, MA 02109

Retrievex
P.O. Box 415938
Boston, MA 02241-5938

Roetzel & Andress
222 S. Main St.
Akron, OH 44308

Superior Data Storage Inc.
P.O. Box 5785
Lincoln, NE 68505

Zurich American Insurance Co.
Tower 2, 9th Flr.
1400 American Ln.
Schaumburg, IL 60196-1056

### DECLARATION UNDER PENALTY OF PERJURY
### <u>CONCERNING CREDITOR MATRIX</u>

I declare under the penalty of perjury that I have read the foregoing creditor matrix and that it is true and correct to the best of my information and belief.


Dated:  May 8, 2013                                        */s/ Daniel Kamensky*
                                                           Daniel Kamensky
                                                           Authorized Signatory